FILED
2015 Jul-23  AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WALTER HILL, individually and on behalf of all similarly situated individuals,  ]<br><br>         Plaintiff,  ]<br>  ]<br>v.  ]<br>  ]<br>HOLT and COOPER, LLC,,  ]<br>  ]<br>         Defendant. | 2:15-cv-412-KOB |

## FINAL ORDER

The court, having received the Joint Stipulation of Dismissal (doc. 12), DISMISSES ALL claims of Walter Hill, individually, against Holt and Cooper, LLC, WITH PREJUDICE, with each party to bear his or its own costs.  The court DISMISSES all claims of the unknown putative class members against Holt and Cooper, LLC, WITHOUT PREJUDICE.

DONE and ORDERED this 23rd day of July, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE